# UNITED STATES of America, Appellee,

v.

## Kenneth M. WILLIAMS, Appellant.

### No. 04–2480.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 4, 2005.

Decided Feb. 9, 2005.

Stefan Christopher Hughes, U.S. Attorney's Office, Kansas City, MO, for Plaintiff–Appellee.

Laine T. Cardarella, Federal Public Defender's Office, Kansas City, MO, for Defendant–Appellant.

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

**PER CURIAM.**

Kenneth Williams appeals from the final judgment entered by the district court[1] upon his guilty plea to a felon-in-possession charge, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1). On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we agree with counsel that there are no non-frivolous issues for appeal, in view of the district court's imposition of the statutory minimum sentence, to which Williams did not object. Accordingly, we affirm. We also grant counsel's motion to withdraw.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.